HERBERT ASKOWITH, Appellant, *v.* NEWCOMB CARLTON, Respondent.

(Argued October 17, 1928; decided November 20, 1928.)

*Copal Mintz* for appellant.

*Denis O'L. Cohalan* and *Francis R. Stark* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.